SCHENLEY WINE & SPIRIT IMPORT CORPORATION, Respondent, v. BLACK DIAMOND STEAMSHIP CORPORATION, Appellant.— Order unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.